

**NOLAN LAW GROUP**

20 NORTH CLARK 30TH FLOOR CHICAGO, ILLINOIS 60602 • P 312.630.4000 • F 312.630.4011 • TF 888.630.9540

3074 MADISON ROAD CINCINNATI, OHIO 45209 • P 513.533.2026 • F 513.533.1301

WWW.NOLAN-LAW.COM • CONTACT@NOLAN-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/07

RECEIVED
CHAMBERS OF
JAN 3 - 2008
JUDGE SCHEINDLIN

January 3, 2008

Honorable Shira A. Scheindlin
U.S. District Court Judge
United States Courthouse
500 Pearl St, Room 1620
New York, NY 10007

*Via facsimile (212) 805-7920*

Re: **Konovalova et al. v. Cessna Aircraft Company et al.**
Case No.: 07 CV 10389 (SAS)
Our File No.

Dear Judge Scheindlin:

On December 28, 2007, the undersigned counsel for plaintiffs in the above captioned case received a copy of correspondence to the Court from the defendant, Cessna Aircraft Company. In that correspondence, the defendant, who remains un-served in the instant case, requested that the January 8 conference before the Court be cancelled or postponed.

From plaintiffs' perspective, the lawsuits before the Court were not served on defendant because proceedings in the Russian courts for the appointment of plaintiff administrators had not been completed at the time that the statute of limitations would have run in New York. Consequently, duplicate actions were filed in Kansas where representative parties are subject to different procedural rules. As soon as the appointments are complete in Russia, ancillary administration will be sought in New York and service will be accomplished. Eventually, one of the two sets of companion cases will be dismissed. These actions are part of MDL No. 1721 which is presently pending before Judge Vratil. For all the reasons set forth above, plaintiffs concur with defendant's request and ask for the January 8 conference to be either cancelled or postponed indefinitely.

Very truly yours,

Jerome L. Skinner
Attorney for Plaintiffs Konovalova, et al.
Liaison Counsel for MDL Plaintiffs

cc: Hon. Kathryn H. Vratil
All counsel of record *(Via e-mail)*

*[Handwritten note: Conference adjourned to March 7 at 4:30 at which time the parties shall give the court a status update as to this matter. So Ordered. [signature] USDJ 1/3/08]*

ADMITTED IN ILLINOIS:
DONALD J. NOLAN • WILLIAM J. JOVAN • JAMES H. LAWLOR • PAUL R. BORTH • THOMAS P. ROUTH • THOMAS V. LYONS
KENNETH R. NIX • MOLLIE E. O'BRIEN • JENNIFER L. PARKER • JOHN J. LOWREY (Of Counsel) • CHARLES F. BARNETT (Of Counsel)
ADMITTED IN OHIO: JEROME L. SKINNER • ADMITTED IN NORTH CAROLINA: JAMES T. CROUSE
ADMITTED IN NEW YORK: WELSON T. CHU • ADMITTED IN WASHINGTON, DC: JAMES F. HALL (Of Counsel)

TOTAL P.01