Form 27 - GENERAL PURPOSE
```
        GOLDFINGER & LASSAR ESQS
        ATTN:
U.S.SOUTHERN DIST. COURT         NEW YORK   COUNTY
------------------------------------------------
                                                    Index No. 07 CV 10389
MIKHAIL KONOVALOVA, INDIV.AND AS        plaintiff
PERSONAL REPRESENTATIVE OF THE ESTATE ETAL          Date Filed  ...........
              - against -
                                                    Office No.
CESSNA AIRCRAFT CO., ETANO              defendant
                                                    Court Date:   / /
------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
```

**TONY DONADIO**   being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **29th** day of February, 2008  at 08:55 AM., at
   %JEFFREY O.RICH, REGISTERED AGENT, STEWART INT'L.
   AIRPORT, 3 EXPRESS DR. NEWBURG, NY 12550
I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **CESSNA AIRCRAFT CO.**,
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **ELIA DRAGONE, AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **MALE**        COLOR: **WHITE**        HAIR: **BLACK**
      APP. AGE: **53**     APP. HT: **5:8**        APP. WT: **200**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
7th  day of  March, 2008k

KENNETH WISSNER
Notary Public State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

TONY DONADIO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9GL1113695

Form 27 - GENERAL PURPOSE

**GOLDFINGER & LASSAR ESQS**
ATTN:

U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

---

MIKHAIL KONOVALOVA, INDIV. AND AS
PERSONAL REPRESENTATIVE OF THE ESTAT

plaintiff

- against -

CESSNA AIRCRAFT CO., ETANO

defendant

---

Index No. 07 CV 10389

Date Filed ...........

Office No.

Court Date:  /  /

STATE OF NEW YORK, COUNTY OF NEW YORK     :ss:

**STEVE AVERY** being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.

That on the 28th day of February, 2008 at 10:15 AM., at
**%CORP.SERV.CO.REGISTERED AGENT
80 STATE ST, ALBANY, NY 12207-2543**
I served a true copy of the
**SUMMONS AND COMPLAINT**
upon GOODRICH CORPORATION
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
**NIKKI CHAPPEL---CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:

SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BLACK**
APP. AGE: **40**    APP. HT: **5:6**    APP. WT: **165**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
5th day of March, 2008.

KENNETH WISSNER
Notary Public, State of New York
NO. 01W14714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9GL1113696