Form 27 - GENERAL PURPOSE
```
        GOLDFINGER & LASSAR ESQS
        ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK  COUNTY
-----------------------------------------------------
                                              Index No. 07 CV 10389
MIKHAIL KONOVALOVA, INDIV.AND AS       plaintiff
PERSONAL REPRESENTATIVE OF THE ESTATE  ETAL    Date Filed  ............
           - against -
                                              Office No.
CESSNA AIRCRAFT CO., ETANO              defendant
                                              Court Date:   /  /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
```

**TONY DONADIO**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **29th**  day of **February, 2008**     at  **08:55 AM.,**           at
    %**JEFFREY O.RICH, REGISTERED AGENT, STEWART INT'L.**
    **AIRPORT, 3 EXPRESS DR. NEWBURG, NY 12550**
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **CESSNA AIRCRAFT CO.,**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ELIA DRAGONE, AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
         SEX: **MALE**          COLOR: **WHITE**          HAIR: **BLACK**
         APP. AGE: **53**       APP. HT: **5:8**          APP. WT: **200**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
7th  day of  March, 2008k

                                      TONY DONADIO
KENNETH WISSNER                       AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public State of New York       225 BROADWAY, SUITE 1802
    No.01WI4714130                    NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY          Reference No: 9GL1113695
Commission Expires 03/30/2010

Form 27 - GENERAL PURPOSE

**GOLDINGER & LASSAR ESQS**
ATTN:

U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

-----------------------------------
MIKHAIL KONOVALOVA, INDIV. AND AS
PERSONAL REPRESENTATIVE OF THE ESTAT          plaintiff
    - against -
CESSNA AIRCRAFT CO., ETANO                    defendant
-----------------------------------

Index No. 07 CV 10389
Date Filed ...........
Office No.
Court Date:  /  /

STATE OF NEW YORK, COUNTY OF NEW YORK    :ss:

**STEVE AVERY** being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the 28th day of February, 2008    at    10:15 AM.,    at
%CORP.SERV.CO.REGISTERED AGENT
80 STATE ST, ALBANY, NY 12207-2543
I served a true copy of the
**SUMMONS AND COMPLAINT**
upon GOODRICH CORPORATION
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
**NIKKI CHAPPEL---CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
**SEX: FEMALE**      **COLOR: BROWN**      **HAIR: BLACK**
APP. AGE: 40      APP. HT: 5:6      APP. WT: 165

OTHER IDENTIFYING FEATURES:

Sworn to before me this
5th day of March, 2008

.....................
STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9GL1113696

KENNETH WISSNER
Notary Public, State of New York
NO. 01W14714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010