Form 27 - GENERAL PURPOSE

**GOLDFINGER & LASSAR ESQS**
ATTN:

U.S. SOUTHERN DIST. COURT      NEW YORK COUNTY

----------------------------------------------------

MIKHAIL KONOVALOVA, INDIV. AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE ETAL     plaintiff

- against -

CESSNA AIRCRAFT CO., ETANO                     defendant

Index No. **07 CV 10389**

Date Filed ............

Office No.

Court Date:   /   /

----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**TONY DONADIO**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **29th** day of February, 2008 at **08:55 AM.**, at
    %JEFFREY O. RICH, REGISTERED AGENT, STEWART INT'L.
    AIRPORT, 3 EXPRESS DR. NEWBURG, NY 12550
I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **CESSNA AIRCRAFT CO.**,
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **ELIA DRAGONE, AUTHORIZED TO ACCEPT**
a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **MALE**          COLOR: **WHITE**        HAIR: **BLACK**
    APP. AGE: **53**       APP. HT: **5:8**        APP. WT: **200**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
7th day of March, 2008k

KENNETH WISSNER
Notary Public, State of New York
  No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

TONY DONADIO
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9GL1113695