UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

_____ X    07 CV 10389 (J.Scheindlin)
:
MIKHAIL KONOVALOVA, Individually    :
and as personal representative of the Estate of   :
IRINA N. KONOVALOVA, deceased,    :
MARINA KONOVALOVA;SERGEY    :
NIKOLAEVICH SAVKIN; and DANIIL    :
SERGEVICH SAVKIN, a minor, by and    :    RULE 7.1 DISCLOSURE
through his father, guardian and next friend,    :
SAVKIN SERGEY NIKOLAEVICH;    :
:
VERA AGLYAMOVNA, BALDAEVA,    :
individually and as personal representative of    :
the Estate of NADEZHDA LVOVNA    :
BALDAEVA, deceased;    :
:
NADEZHDA VASILIEVNA SIDIROVA,    :
individually and as personal representative of    :
the Estate of VASILY VIKTOVOVICH    :
SIDIROV, deceased,    :
:
      Plaintiffs,    :
:
   -vs-    :
:
CESSNA AIRCRAFT COMPANY  and    :
GGODRICH CORPORATION    :
:
      Defendants    :
:
:
_____ X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable

District Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for CESSNA AIRCRAFT

COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    1.    Textron, Inc. owns Cessna Aircraft Company.

    2.    Cessna Aircraft Company owns Cessna Aircraft Rhode Island Inc. and a majority of the stock of Citation Shares Holding, LLC.

Dated :    Garden City, New York
              May 1, 2008

              MURPHY & MCKENNA

              _____
              ROBERT S. MURPHY (RM6909)
              Attorney for Defendant CESSNA
              1461 Franklin Avenue, Second Floor
              Garden City, New York 11530
              (516) 739-3395