**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:  CESSNA 208 SERIES AIRCRAFT PRODUCTS LIABILITY LITIGATION<br><br>(This document relates to only<br>*Konovalova, et al. v. Cessna Aircraft Co.,*<br>*et al.,* Case No. 07-cv-10389-Judge Scheindlin) | )<br>)<br>)    MDL No. 1721<br>)<br>)<br>)<br>) |

## DEFENDANT GOODRICH CORPORATION'S
## FRCP RULE 7.1

I, Paul E. Moran, attorney for defendant **GOODRICH CORPORATION,** having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Federal Rules of Civil Procedure Rule 7.1.

### RULE 7.1 – DISCLOSURE OF INTERESTED PARTIES

To enable judges and magistrates of the court to evaluate possible disqualification or refusal, counsel for a private (non-governmental) party shall submit at the time of the initial pleading a certificate of identification of any corporate parent that owns 10% or more of its stock.  The non-governmental corporate party, **GOODRICH CORPORATION,** In the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       May 9, 2008

MENDES & MOUNT, LLP

Paul E. Moran – PM-5126
Attorneys for Defendant'
GOODRICH CORPORATION
750 Seventh Avenue
New York, NY 10019
(212) 261-8000

425223.1 RULE 7.1 STATEMENT - KONOVALOVA  05/09/2008 12:27 PM