Case 1:07-cv-10389-SAS   Document 12   Filed 06/09/2008   Page 1 of 1

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 3 0 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED MAY 1 4 2008

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

2008 JUN -4 AM 10: 06  CLERK'S OFFICE

#12

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
JUN 09 2008
S.D. OF N.Y.

IN RE: CESSNA 208 SERIES AIRCRAFT PRODUCTS
LIABILITY LITIGATION
Mikhail Konovalova, et al. v. Cessna Aircraft Co., et al.,
S.D. New York, C.A. No. 1:07-10389            )
                                              )     MDL No. 1721

## CONDITIONAL TRANSFER ORDER (CTO-9)

On December 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1349 (J.P.M.L. 2005). Since that time, four additional actions have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 3 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: _____
Clerk, U.S. District Court
By: _____ Deputy Clerk

SCANNED
446